# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-661-0542
angela@leelitigation.com

NOV 1 9 2019

November 13, 2019

**Via ECF**
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Ruilova, et al. v. 443 Lexington Ave, Inc. d/b/a Davio's, et al.*
      Case No. 19-cv-5205 (AJN)

Dear Judge Nathan:

We are counsel for Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendants, to inform the Court that the parties have agreed to a mediation for a contemplated class and collective settlement with private mediator Mr. Mark Irvings. The mediation is scheduled to be held on February 5, 2020.

Based on the foregoing, the parties respectfully request a stay of this action until a date following the mediation. The parties seek the stay so that they can limit litigation expense and focus their resources on the upcoming mediation. Also, Plaintiffs agreed to suspend Defendants' deadline to respond and/or object to Plaintiffs' discovery during the pendency of the mediation and extend it until February 19, 2020 in the event the parties do not settle at mediation. *So Ordered*

Within two weeks of the mediation, the parties will submit a joint letter informing the Court whether they were able to reach a settlement of the matter. In the event the parties do not settle at mediation, the parties will request a lift of the stay and propose a briefing schedule for Plaintiff's motion for conditional collective certification. *So Ordered*

We thank the Court for its time and consideration.

Respectfully submitted,

/s/ Angela Kwon
Angela Kwon, Esq.

cc:   all parties via ECF

SO ORDERED:  11/18/19

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE