# LEE LITIGATION GROUP, PLLC
143 W. 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

FEB 2 1 2020

February 19, 2020

**Via ECF**
The Honorable Alison J. Nathan, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, NY 10007

Re: *Ruilova et al. v. 443 Lexington Ave, Inc.., et al.*
<u>Case No. 19-cv-5205</u>

Dear Judge Nathan:

We represent Plaintiff in the above referenced matter. We file this letter jointly with Defendants. On November 19, 2019, this action was stayed pending mediation. (Dkt. No. 43.) On February 5, 2020, the parties met for private mediation, which was unsuccessful at reaching a settlement on this case. Accordingly, the parties request that the stay be lifted and propose the following briefing schedule for Plaintiff's motion for conditional collective certification: **SO ORDERED**

Motion: Already Filed
Response due: March 27, 2020     **SO ORDERED**
Replies due: April 10, 2020

Additionally, the parties jointly request that the discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order dated October 15, 2019 be amended to account for the period for which the stay was in place in aid of mediation. Accordingly, the parties enclose herewith an Amended Civil Case Management Plan and Proposed Scheduling Order for the Court's consideration and approval.

Respectfully submitted,

SO ORDERED: 2/20/20

/s/ C.K. Lee
C.K. Lee, Esq.

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

cc: All parties via ECF