UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 3 2020

Andres Ruilova, *et al.*,

        Plaintiffs,

–v–

443 Lexington Ave, Inc., *et al.*,

        Defendants.

19-CV-5205 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Plaintiffs are hereby ordered to respond to Defendants' partial motion to stay discovery by no later than March 18, 2020.

    SO ORDERED.

Dated: March 13, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge