

**BARTON**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/2/2020

**Scott G. Grubin, Esq.**
**Direct Dial: 212.885.8844**
sgrubin@bartonesq.com

ATTORNEYS AT LAW
_____

April 2, 2020

711 Third Avenue
14th Floor
New York, NY 10017

**VIA ECF**

(212) 687.6262  Office
(212) 687.3667  Fax

Hon. Alison J. Nathan, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 906
New York, New York 10007

_____

bartonesq.com

Re:   Case No. 19-cv-5205
      *Ruilova v. 443 Lexington Ave, Inc. d/b/a Davio's et al.*,

Dear Judge Nathan:

We are co-counsel to the Defendants (collectively, "Davio's") in the above-referenced action. Pursuant to the Amended Civil Case Management and Scheduling Order [ECF No. 69], the parties are scheduled to appear for a Case Management Conference on April 2, 2020 at 3:00 p.m. We write respectfully to request an adjournment of the Case Management Conference to May 7, 12 or 13. There have been no previous requests for an adjournment of this conference. We have conferred with Plaintiffs' counsel and they consent to this request.

As a result of the Court's rulings on March 20, 2020, discovery has been stayed as to the Pennsylvania and Massachusetts Defendants while we await Plaintiffs' forthcoming Amended Complaint to be filed tomorrow, April 3, 2020. With respect to the New York Defendants, the parties have conferred and have no discovery issues for the Court's consideration at this time.

However, we wish to advise the Court that the current health crisis has unfortunately forced the Defendants' restaurants to close and most employees to be furloughed, causing Defendants some impediment in accessing documents that may be subject of discovery and producing witnesses for deposition. Accordingly, the parties believe they will be in a better position in a few weeks to assess whether to request amendments to the current Case Management Plan and Schedule, if any.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Scott G. Grubin

Scott G. Grubin

cc:   Counsel of Record

> There is no conference scheduled for April 2, 2020. The next conference in this matter is scheduled for April 2, *2021*, after the completion of fact discovery. *See* Dkt. No. 69. Accordingly, the request to adjourn the conference is denied.
> SO ORDERED.

SO ORDERED.   4/2/20

*[signature]*

Alison J. Nathan, U.S.D.J.