UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDRES RUILOVA, HUGO TEXIS, BERTIN     :
ALDO GARCIA, ISMAEL GUTIERREZ,
VALENTIN VIVAR, ELIZABETH KELLY,       :
STACY SAMUEL, STEPHANIE PEREZ,
EVAN MILHO, JAMAL KHAN, KEVIN          :
O'BRIEN and CHUCK REYNOLDS, on behalf
of themselves, FLSA Collective Plaintiffs and    :
the Class,
                                       :         **ORDER**
                Plaintiffs,
                                       :         19-CV-5205 (AJN) (KNF)
        -against-
                                       :
443 LEXINGTON AVE, INC. d/b/a DAVIO'S,
75 ARLINGTON STREET, INC. d/b/a DAVIO'S, :
ONE PATRIOT PLACE, LLC d/b/ DAVIO'S,
151 GRANITE STREET LLC d/b/a DAVIO'S,  :
55 BOYLSTON STREET, LLC d/b/a DAVIO'S,
427 WALNUT STREET LLC d/b/a DAVIO'S,   :
111 S. 17TH STREET, INC. d/b/a DAVIO'S,
201 MAIN STREET LLC d/b/a DAVIO'S, and  :
STEVE DIFILLIPPO,
                                       :
                Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    On or before May 19, 2020, the defendants shall file their two-page response to Docket

Entry No. 93.

Dated:   New York, New York
         May 14, 2020                            SO ORDERED:

                                                 _____
                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE