UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ANDRES RUILOVA, et al.,

                Plaintiffs,

    -against-                            **ORDER**

443 LEXINGTON AVE, INC., et al.,        19-CV-45205 (AJN) (KNF)

                Defendants.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties shall meet and confer in a meaningful way to attempt to resolve, without the Court's assistance, all discovery issues raised in the plaintiffs' May 12, 2020 letter, taking into consideration: (i) the impact of the COVID-19 pandemic on the circumstances of this case; and (b) Fed. R. Civ. P. 1. Thereafter, the parties must comply with Rule 2A of the Court's Individual Rules of Practice. The Court is not inclined to entertain any future discovery-related requests for a conference unless the parties comply fully with the above directives. The plaintiffs' request for a pre-motion conference, Docket Entry No. 93, is denied as premature.

Dated: New York, New York
       May 22, 2020                                        SO ORDERED:

                                                                     /s/ Kevin Nathaniel Fox
                                                                  KEVIN NATHANIEL FOX
                                                                  UNITED STATES MAGISTRATE JUDGE