# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020
```

WRITER'S DIRECT:        212-465-1188
                       cklee@leelitigation.com

December 15, 2020

**Via ECF**

The Honorable Alison J. Nathan, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *Ruilova, et al. v. 443 Lexington Ave, Inc. d/b/a Davio's, et al.*
           Case No. 19-cv-5205 (AJN)

Dear Judge Nathan:

    We are counsel to Plaintiffs and write to respectfully request an adjournment of the status conference, scheduled for December 18, 2020 at 3:00 p.m. (Dkt. 34).

    The reason for the adjournment request is due to a medical issue, for which I have a doctor's appointment scheduled for Friday, December 18, 2020. As such, we respectfully request the Court adjourn the status conference. In view of the upcoming Christmas holiday next week, we respectfully propose the conference be adjourned to the week of December 28, 2020, or until the Court's next available date. Pursuant to Your Honor's Individual Practices, the parties propose the following dates: December 29, 2020, December 30, 2020, or January 4, 2021.

    This is the first request for adjournment of the status conference. Defendants consent to the adjournment request.

---

*[Signature: Alison J. Nathan]*
SO ORDERED.  12/17/2020
ALISON J. NATHAN, U.S.D.J.

> No case management conference is scheduled for December 18, 2020. Pursuant to the Amended Case Management Plan entered on February 24, 2020 (Dkt. No. 69), the next case management conference in this case is scheduled for April 2, 2021, at 3:00 p.m. SO ORDERED.