# EXHIBIT A

JAMES L. RUDOLPH
ROBERT H. SHAER
JONATHON D. FRIEDMANN
JOSEPH W. WORTHEN II**
JOHN H. ROGERS
WILLIAM A. KORMAN**
JOCELYN J. CAMPBELL
MARK T. RUMSON
ALEXANDER TSIANATELIS
GEORGE GEORGOUNTZOS
ADAM J. SHAFRAN
ROBERT P. RUDOLPH
ERIC J. WALZ
EDWARD DELSIGNORE**^
Of Counsel
GARY E. LAMBERT†
MICHAEL S. KALIS
BRYAN S. MacCORMACK*
ASHLEY M. GREEN

†  Registered Patent Attorney
*  Also Admitted in Florida
** Also Admitted in New Hampshire
^  Also Admitted in Rhode Island

RUDOLPH FRIEDMANN LLP
COUNSELLORS AT LAW
92 STATE STREET
BOSTON, MASSACHUSETTS 02109

(617) 723-7700
Telecopier: (617) 227-0313

OLIVER'S POND
216 HUMPHREY STREET
MARBLEHEAD, MA 01945
(781) 639-4600

To Contact Writer:
Voice Mail Ext. 173
Email: RRudolph@RFlawyers.com

January 7, 2021

**Via First Class Mail**
**and E-Mail (cklee@leelitigation.com)**

C.K. Lee, Esq.
Lee Litigation Group, PLLC
143 W. 24th Street, Eighth Floor
New York, NY 10011

> Re:    **Case No. 19-cv-5205**
>        ___Ruilova v. 443 Lexington Ave, Inc. d/b/a Davio's et al.,___

Dear Attorney Lee:

Enclosed herewith in connection with the above-referenced matter, please find:

1)  Defendants' Offer of Judgment.

Should you have any questions or concerns regarding the foregoing, please feel free to contact me.

Very truly yours,

Robert P. Rudolph, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANDRES RUILOVA, HUGO TEXIS,                              :
BERTIN ALDO GARCIA, ISMAEL GUTIERREZ,   :
VALENTIN VIVAR, ELIZABETH KELLY,                 :
STACY SAMUEL, EVAN MILHO, JAMAL KHAN, :
EVAN MILHO, JAMAL KHAN,                                  :
SEAN IVINS and EMILY SULLIVAN                       :
*on behalf of themselves, FLSA Collective Plaintiffs*    :
*and the Class*,                                                          :
                                   Plaintiffs,                          :    Case No. 19-cv-05205 (AJN)
                                                                             :
              - v -                                                        :    **OFFER OF JUDGMENT**
                                                                             :
443 LEXINGTON AVE, INC. d/b/a DAVIO'S,         :
75 ARLINGTON STREET, INC. d/b/a DAVIO'S,     :
ONE PATRIOT PLACE, LLC d/b/a DAVIO'S,        :
151 GRANITE STREET LLC d/b/a DAVIO'S,         :
55 BOYLSTON STREET, LLC d/b/a DAVIO'S,       :
427 WALNUT STREET LLC d/b/a DAVIO'S,          :
111 S. 17TH STREET, INC. d/b/a DAVIO'S,          :
201 MAIN STREET LLC d/b/a DAVIO'S,              :
and STEVE DIFILLIPPO.                                       :
                                                                             :
                                   Defendants.                      :
-------------------------------------------------------------------X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants 443

LEXINGTON AVE, INC. d/b/a DAVIO'S, 75 ARLINGTON STREET, INC. d/b/a DAVIO'S,

ONE PATRIOT PLACE, LLC d/b/a DAVIO'S, 151 GRANITE STREET LLC d/b/a DAVIO'S,

55 BOYLSTON STREET, LLC d/b/a DAVIO'S, 427 WALNUT STREET LLC d/b/a DAVIO'S,

111 S. 17TH STREET, INC. d/b/a DAVIO'S, 201 MAIN STREET LLC d/b/a DAVIO'S, and

STEVE DIFILLIPPO (collectively, "Defendants") hereby offer to allow judgment to be taken

against them, jointly and severally, by Plaintiffs, in the sum of Ninety-Five Thousand and xx/100

Dollars ($95,000.00), including all costs, attorney's fees and interest, if any. Defendants, by this

Offer of Judgment, shall agree to pay Ninety-Five Thousand and xx/100 Dollars ($95,000.00) as

an all-in amount with no additions.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil

Procedure 68, and neither this Offer of Judgment nor any judgment that may result from this

Offer of Judgment shall be construed as either an admission of liability on the part of

Defendants, or any of them, or that Plaintiffs have suffered any damages.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal

Rules of Civil Procedure, and shall be deemed withdrawn unless Plaintiffs serve written notice of

their acceptance within fourteen (14) days of the date on which this Offer of Judgment was

served.

Dated: New York, New York
        January 7, 2021

> By: /s/ Jonathon D. Friedmann, Esq.
> Jonathon D. Friedmann, Esq.
> Robert P. Rudolph, Esq.
> Rudolph Friedmann LLP
> 92 State Street
> Boston, MA 02109
> Tel.: (617) 723-7700
> jfriedmann@rflawyers.com
> rrudolph@rflawyers.com
>
> and
>
> By: /s/ Scott G. Grubin, Esq.
> Scott G. Grubin, Esq.
> Rita Lenane-Massey, Esq.
> 711 Third Avenue, 14th Floor
> New York, NY 10017
> Tel.: (212) 687-6262
> sgrubin@bartonesq.com
> rlmassey@bartonesq.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Offer of Judgment to be served upon the Plaintiffs by serving a copy of same on their attorney or record, CK Lee, via electronic to cklee@leelitigation.com and first-class mail, postage pre-paid on this 7th day of January 2021.

/s/ Jonathon D. Friedmann
Jonathon D. Friedmann