UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANDRES RUILOVA, HUGO TEXIS, :
BERTIN ALDO GARCIA, ISMAEL GUTIERREZ, :
VALENTIN VIVAR, ELIZABETH KELLY, :
STACY SAMUEL, EVAN MILHO, JAMAL KHAN, :
EVAN MILHO, JAMAL KHAN, :
SEAN IVINS and EMILY SULLIVAN :
*on behalf of themselves, FLSA Collective Plaintiffs* :
*and the Class*, :
                       Plaintiffs, :   Case No. 19-cv-05205 (AJN)
                        :
        - v - :   **SATISFACTION OF JUDGMENT**
                              :
443 LEXINGTON AVE, INC. d/b/a DAVIO'S, :
75 ARLINGTON STREET, INC. d/b/a DAVIO'S, :
ONE PATRIOT PLACE, LLC d/b/a DAVIO'S, :
151 GRANITE STREET LLC d/b/a DAVIO'S, :
55 BOYLSTON STREET, LLC d/b/a DAVIO'S, :
427 WALNUT STREET LLC d/b/a DAVIO'S, :
111 S. 17TH STREET, INC. d/b/a DAVIO'S, :
201 MAIN STREET LLC d/b/a DAVIO'S, :
and STEVE DIFILLIPPO. :
                              :
                    Defendants. :
---------------------------------------------------------------X

      **WHEREAS**, a judgment was entered in the above action on January 14, 2021, as Docket No.112 in favor of Plaintiffs, ANDRES RUILOVA, HUGO TEXIS, BERTIN ALDO GARCIA, ISMAEL GUTIERREZ, VALENTIN VIVAR, ELIZABETH KELLY, STACY SAMUEL, EVAN MILHO, JAMAL KHAN, EVAN MILHO, JAMAL KHAN, SEAN IVINS and EMILY SULLIVAN, and against 443 LEXINGTON AVE, INC. d/b/a DAVIO'S, 75 ARLINGTON STREET, INC. d/b/a DAVIO'S, ONE PATRIOT PLACE, LLC d/b/a DAVIO'S, 151 GRANITE STREET LLC d/b/a DAVIO'S, 55 BOYLSTON STREET, LLC d/b/a DAVIO'S, 427 WALNUT STREET LLC d/b/a DAVIO'S, 111 S. 17TH STREET, INC. d/b/a DAVIO'S, 201 MAIN STREET LLC d/b/a DAVIO'S, and STEVE DIFILLIPPO, in the sum amount of Ninety-

Five Thousand and xx/100 Dollars ($95,000.00) and said judgment having been fully paid, and is certified that there are no outstanding executions with any Sheriff or Marshall,

**THEREFORE**, full satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
January 27, 2021

LEE LITIGATION GROUP, PLLC

By: _____
C.K. Lee, Esq.
148 W. 24th Street, Eighth Floor
New York, New York 10011
Tel: (212) 465-1188
Fax: (212) 465-1181

*Attorney for Plaintiffs*