UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andres Ruilova, *et al.*,

        Plaintiffs,

    –v–

443 Lexington Ave., Inc., *et al.*,

        Defendants.

19-cv-5205 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On March 12, 2020, the Defendants moved to dismiss. Dkt. No. 71. Following the Plaintiffs' first amended complaint, the Defendants again moved to dismiss on April 23, 2020. Dkt. No. 87. The Plaintiffs have since filed a second amended complaint, and the Court has entered a Rule 68 judgment resolving this case. *See* Dkt. Nos. 109, 112. The Court thus DENIES as moot the pending motions to dismiss. The Clerk of Court is respectfully directed to close the case.

    This resolves Docket Numbers 71 and 87.

    SO ORDERED.

Dated: March 22, 2021
      New York, New York

                            ALISON J. NATHAN
                           United States District Judge